4.12.2015

82,135-01

DISTRICT COURT OF CRIMINAL APPEALS CLERK

    I NEVER FILED A WRIT IN YOUR COURT AS OF YET BUT YOU SAY I FILED A WRIT AND SENT ME A WHITE CARD BACK WHAT IS THE MEANING OF THIS. PLEASE HELP ME UNDERSTAND. THANK YOU

TRUTHFULLY,
Brian Jeffries

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk

(C;C) ORIGINAL COPY